RECEIVED
IN LAKE CHARLES, LA

NOV - 9 2005


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **NGAI MAN LEE** | : | **DOCKET NO. 2:05-cv-1503** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that petitioner's challenge to his post-removal-order custody be DENIED as premature and that this petition be DISMISSED without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of November, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE